4

From: The District Court of the Sixteenth Judicial District, County of Rosebud, STATE OF MONTANA, Plaintiff, vs. TIMOTHY D. CLARK, Defendant.

## DECISION

No. 1346

The application of the above-named defendant for a review of the sentence of 10 years restitution of $10,223.89, imposed on November 5, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years with 1 year suspended plus restitution of $10,223.89.

This Board finds that the amendment was necessary in order to conform with the requirements as set forth in 46-18-201, MCA, concerning restitution. Restitution is only applicable if a portion of the sentence is suspended.

We wish to thank Calvin Braaksma of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark Sullivan, John Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ANTHONY PAUL RODRIGUEZ, Defendant.

## DECISION

No. DC-79-291

The application of the above-named defendant for a review of the sentence of 40 years imposed January 31, 1980, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 30 years with a strong recommendation that the Defendant be transferred to the Swan River Youth Camp as soon as possible.

Reasons for the amended sentence are:

(1) The Sentencing Judge indicated she has no objection to a reduction in sentence to enable the Defendant to be placed at Swan River Youth Camp.

(2) The Sentencing Judge recommended a transfer to the Swan River but imposed such a severe sentence that Petitioner was not eligible for Swan River.

(3) The County Attorney had no objection to a ten year reduction in order to make the Petitioner eligible for Swan River, and

(4) The Petitioner was only 17 years of age at the time of the offense.

We wish to thank Vanessa Ceravolo of the Montana Defender Project for her assistance to the Defendant and this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. LARRY S. FORRESTER, Defendant.

DECISION

No. DC-83-159

The application of the above-named defendant for a review of the sentence of 5 years imposed on July 7, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

In light of the Defendant's previous record, this Board finds that the sentence imposed was appropriate.

We wish to thank Lorri Schneider of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. BLAINE V. LOPEZ, Defendant.

DECISION

No. DC-83-136

The application of the above-named defendant for a review of the sentence of 10 years with 4 years suspended on each of four counts; all concurrently imposed on September 13, 1983, was fully heard and after a careful consideration of the entire matter it is decided that:

the sentence shall remain the same as originally imposed.

Pursuant to the Plea Bargain Agreement and considering all the facts of the case, the sentence imposed seems reasonable.

We wish to thank the defendant, Blaine V. Lopez, for defending himself.

DATED this 6th day of January, 1984.